IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LATOYA BATTLE, as Parent and Next Friend of J.Vion Battle, a Minor,   :<br>:<br>Plaintiff,   :<br>:<br>v.   :<br>:<br>GREENLEAF CENTER LLC, *et al.*,   :<br>:<br>Defendants.   :<br>: | CASE NO.: 7:25-CV-00131 (WLS) |

## **ORDER**

Before the Court is a Notice of Settlement (Doc. 6), filed on November 11, 2025. Therein, the Parties notify the Court that a settlement has been reached between Plaintiff and Defendants.

For good cause, the Parties' Notice (Doc. 6) is acknowledged and noted. To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file a stipulation or other documentation of dismissal of all claims **within forty-five (45) days** of the entry of this Order, or **by no later than Monday, December 29, 2025**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

Additionally, in light of the Parties' settlement and the anticipated dismissal of this action, Defendants' Motion to Dismiss (Doc. 3) is **DENIED**, without prejudice, as moot. Finally, for the same reason, the Initial Discovery Conference scheduled for December 16, 2025, is **CANCELLED**.

**SO ORDERED**, this 12th day of November 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1