IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LATOYA BATTLE, as Parent and Next Friend of J.VION BATTLE, a Minor,<br><br>Plaintiff,<br><br>v.<br><br>GREENLEAF CENTER, LLC, D/B/A GREENLEAF BEHAVIORAL HEALTH HOSPITAL, and JOHN DOES 1-3,<br><br>Defendants. | CIVIL ACTION FILE<br>NUMBER: 7:25-CV-00131 (WLS) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their undersigned counsel of record, and pursuant to Fed. R. Civ. P. 41, stipulate the dismissal of this action with prejudice.

*[signatures on the following page]*

This 29th day of December 2025.

Jody D. Peterman, LLC

/s/Jody D. Peterman
Jody D. Peterman
Georgia Bar No.: 573552
P.O. Box 6010
Valdosta, GA 31603-6010
Tel: (229) 247-0386
Fax: (229) 469-6735
Email: petermanlawoffice@yahoo.com
*Attorney for Plaintiff*

*Of Counsel:*

/s/ Amanda Wilson Speier
BRYNDA RODRIGUEZ INSLEY
Georgia Bar No. 611435
AMANDA WILSON SPEIER
Georgia Bar No. 659237
*Attorneys for Defendant
Greenleaf Center, LLC d/b/a
Greenleaf Behavioral Health Hospital*
TAYLOR DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
770-434-6868- Telephone
770-434-7376- Facsimile
binsley@taylorduma.com
aspeier@taylorduma.com

SO ORDERED this 31st day of December, 2025.

W. Louis Sands, Sr. Judge
United States District Court